JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MELANIE GONZALEZ,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>    vs.<br><br>**CHECK 'N GO OF CALIFORNIA, INC.;** and DOES 1-10,<br><br>Defendants. | Case No. 2:18-cv-08412-AB<br><br>**[PROPOSED]** **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 21st day of November, 2018.

_____

The Honorable André Birotte Jr.